# EXHIBIT A

36498558;1

AIC 0000304762

*THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON BLUE BACKGROUND.*

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Note, Loan, Letter of Credit, Currency Rate, Interest Rate or Residential Value Guarantees.*

# POWER OF ATTORNEY

Know All Persons By These Presents:

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint

Christina Goldman, Michael R. Mohan and Shannon R. Bowman of Alpharetta, GA (EACH)

its true and lawful Attorney(s)-in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding Ninety Million Dollars ($90,000,000.00).

This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly-elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on September 15, 2011, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on September 15, 2011:

VOTED, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on September 15, 2011, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.

00ML0013 00 03 03    Page 1 of 2    Printed in U.S.A.

AIC 0000304762

In Testimony Whereof, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this 2nd day of March, 2020.

Attested and Certified

Arch Insurance Company



_____
Patrick K. Nails, Secretary

_____
David M. Finkelstein, Executive Vice President

STATE OF PENNSYLVANIA SS

COUNTY OF PHILADELPHIA SS

I, Michele Tripodi, a Notary Public, do hereby certify that Patrick K. Nails and David M. Finkelstein personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELE TRIPODI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 31, 2021

_____
Michele Tripodi, Notary Public
My commission expires 07/31/2021

CERTIFICATION

I, Patrick K. Nails, Secretary of the Arch Insurance Company, do hereby certify that the attached Power of Attorney dated March 2, 2020 on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said David M. Finkelstein, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this _____day of _____, 20_____.

_____
Patrick K. Nails, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

**PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:**

**Arch Insurance – Surety Division**
**3 Parkway, Suite 1500**
**Philadelphia, PA 19102**



**Modelo SC 2058**
Rev. 16 ago. 2011



Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área de Rentas Internas

**IMPORTADOR
AFIANZADO**

### FIANZA PARA GARANTIZAR EL PAGO DE IMPUESTOS, MULTAS, INTERESES Y PENALIDADES SOBRE ARTÍCULOS DE USO Y CONSUMO

| Nombre del Contribuyente | Número de Seguro Social | |
|---|---|---|
| **BED BATH & BEYOND INC** | **11-2250488** | |
| Número de Registro de Comerciante | Número de Fianza | Importe |
| **0127629-0004** | **SU1168136** | **$ 1,000,000.00** |

Dirección Postal.
**ATTN TAX DEPARTMENT
650 LIBERTY AVE
UNION NJ 07083-8130**

Dirección Física

Número de Teléfono - Extensión
**(908) 855-4328**

Correo Electrónico (E-mail)

Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Conservación
**RECIBIDO**
**21 SEP. 2020**
CORRESPONDENCIA GENERAL SIN PAGO
SECRETARIA DE HACIENDA

POR CUANTO, el contribuyente arriba mencionado, conforme al CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO, LEY 120 DE 31 DE OCTUBRE DE 1994, SEGÚN ENMENDADO, O EL CÓDIGO DE RENTAS INTERNAS PARA UN NUEVO PUERTO RICO, LEY 1 DE 31 DE ENERO DE 2011, SEGÚN ENMENDADO, solicita al Secretario de Hacienda que se le permita radicar la fianza correspondiente a la(s) Sección (Secciones) de Ley que se describen a continuación:

**ESTA FIANZA CUBRIRÁ LAS SECCIONES 3020.10, 3020.11 Y DE LA SECCIÓN 4041.02 (b) DE LA LEY NÚM. 46 DEL 30 DE JUNIO DE 2013 Y ARTICULO 2009 (C)-4 DEL REGLAMENTO NÚM. 7437.**

POR CUANTO, la actividad comercial de este contribuyente amerita, a juicio del Secretario, que se formalice la fianza antes señalada para que el contribuyente pueda hacer efectivos los derechos que le concede la ley.

POR CUANTO, dicho contribuyente ha cumplido con todos los trámites y exigencias legales previas a la prestación de la susodicha fianza.

POR CUANTO, la fianza a prestarse por el contribuyente ha sido fijada por el Secretario en una cuantía de ___$1,000,000.00___, cuya efectividad empieza el 25TH de __AGOSTO__ de 2020.

POR CUANTO, __BED BATH & BEYOND INC__ ___, contribuyente, y __ARCH INSURANCE COMPANY__, fiador, hacemos constar que estamos firmemente comprometidos con el Estado Libre Asociado de Puerto Rico por el monto de la fianza asignada en moneda legal de los Estados Unidos de América, y para el pago de la cual nos comprometemos y comprometemos a nuestros herederos, albaceas, administradores, sucesores y cesionarios, solidariamente, siendo esta fianza para responder al Secretario de Hacienda de Puerto Rico del fiel cumplimiento por el contribuyente de su obligación de pagar los impuestos sobre lo introducido y/o fabricado en Puerto Rico y gravado en el Código de Rentas Internas de Puerto Rico, Ley 120 de 31 de octubre de 1994, según enmendado, o en el Código de Rentas Internas para un Nuevo Puerto Rico, Ley 1 de 31 de enero de 2011, según enmendado, dentro del término estatutario aplicable al contribuyente aquí afianzado, así como las multas, intereses y penalidades que a dicho contribuyente se le puedan imponer por no pagar los impuestos afianzados dentro del término prescrito para ello.

Esta fianza, permanecerá en todo su efecto, fuerza y valor, para el período que el contribuyente esté acogido al sistema de pago de los impuestos descritos en el primer párrafo de este documento, y por el de la actividad comercial para la cual se requiere la prestación del concepto de la fianza conforme al Código.

Esta fianza quedará inactiva al no presentar evidencia de continuidad o evidencia de pago de la prima a la fecha de vencimiento de la misma.

Esta fianza quedará cancelada, una vez el fiador y/o fiado soliciten la cancelación de la misma y el Secretario de Hacienda o su sucesor legal notifique su aceptación, así como cualquier arbitrio adeudado para el período comprendido en la fianza.

Periodo de Conservación: Seis (6) años luego de cancelada la póliza o liquidada la deuda.

Modelo SC 2068 Rev. 18 ago 11                                                                                    Página 2

En testimonio de lo cual firmamos la presente hoy 25TH de AGOSTO de 2020.

                                                                      Jorge L. Bacó Matos
By _____
BED BATH & BEYOND INC                                                  BED BATH & BEYOND INC
                                                                      ATTN: TAX DEPARTMENT
                                                                      700 LIBERTY AVE., UNION, NJ 07083
_____
            Contribuyente                                                        Dirección
ARCH INSURANCE COMPANY                                                 ARCH INSURANCE COMPANY
                                                                      1601 CHERRY STREET, 3 PARKWAY, SUITE 1500
_____
            Fiador                                                     PHILADELPHIA, PA 19102
                                                                                 Dirección

            ATTORNEY-IN-FACT

            RECONOCIMIENTO DEL PRINCIPAL Y DEL FIADOR

DECLARACION JURADA (AFFIDAVIT) DEL CONTRIBUYENTE:

Yo, STEVEN TAPLITS _____, bajo juramento declaro que mi nombre es
como queda dicho, que soy mayor de edad, de estado _____ y vecino de NEW JERSEY    Puerto Rico, y
que soy VICE PRESIDENT - TAX _____ de la firma BED BATH & BEYOND INC _____ a la cual
represento.

Jurado y suscrito ante mí por STEVEN TAPLITS _____, mayor de edad y vecino de NEW JERSEY,
Puerto Rico, a quien doy fe de conocer personalmente en UNION, NEW JERSEY, Puerto Rico, en el día 25TH de
AUGUST de 2020.
                                                                      JILLIAN A LYKIN
                                                                      COMMISSION # 50120008
                                                                      NOTARY PUBLIC OF NEW JERSEY
Affidávit Número _____               MY COMMISSION EXPIRES 1/09/2025

                                                                      _____
                                                                              Notario Público

                                                                      AUGUST 25, 2020
                                                                      _____
                                                                              Fecha

DECLARACION JURADA (AFFIDAVIT) COMPAÑIA DE SEGURO:

Affidávit Número _____

                                                                      _____
                                                                              Notario Púbico

DECLARACION JURADA (AFFIDAVIT) DEL FIADOR:

**Nota: El Negociado de Impuesto al Consumo o el Negociado de Bebidas Alcohólicas y Licencias debe hacer una
revisión previa del caso para otorgar este formulario.**
Período de Conservación: Seis (6) años luego de cancelada la póliza o liquidada la deuda.

Company #: 3116915



**Commonwealth of Puerto Rico**

# OFFICE OF THE COMMISSIONER OF INSURANCE

### Certificate of Authority

This is to certify that

## Arch Insurance Company

2345 Grand Boulevard
Suite 900
Kansas City MO 64108

> Gobierno de Puerto Rico
> **DEPARTAMENTO DE HACIENDA**
> Oficina de Correspondencia y Conservación
> **RECIBIDO**
> **2 1 SEP. 2020**
> CORRESPONDENCIA GENERAL SIN PAGO
> (
> SECRETARIA DE HACIENDA

has complied with the corresponding requirements of the Insurance Code of Puerto Rico
and is therefore granted authority to transact, within Puerto Rico Casualty, Disability,
Property, Surety insurance.

This authorization shall be in force from July 01, 2020 to June 30, 2021 unless previously
suspended, revoked or terminated pursuant to the law and regulations in force.

In witness whereof, I hereunto subscribe my name and affix my official seal at San Juan,
Puerto Rico, this 16th day of June, 2020.



Rafael Cestero
Chief Deputy Commissioner

**Global Insurance Agency, LLC**
PO BOX 9023918
SAN JUAN PR 00902

---

License No: 13577 | **Commonwealth of Puerto Rico** | NPN: 6885009

# OFFICE OF THE COMMISSIONER OF INSURANCE

## *Global Insurance Agency, LLC*

257 CALLE RECINTO SUR
2DO. PISO
SAN JUAN PR 00901

This is to certify that pursuant to requirements of the Insurance Code of Puerto Rico the above named is qualified to do business in Puerto Rico with the authority listed below.



| LICENSE/REGISTRATION | LICENSE ISSUE DATE | LICENSE EXPIRATION DATE |
|---|---|---|
| Authorized Representative | 04/01/2019 | 03/31/2021 |
| General Agent | 04/01/2019 | 03/31/2021 |
| Surplus Lines Broker | 02/26/2020 | 03/31/2021 |

Within the stamp: Gobierno de Puerto Rico DEPARTAMENTO DE HACIENDA — Oficina de Correspondencia y Conservación — RECIBIDO — 2 1 SEP. 2020 — LINE OF AUTHORITY — Casualty, Disability, Life, Property, Title — SECRETARIA DE HACIENDA

This qualification shall remain in effect until the expiration date, when applicable, unless previously suspended, revoked or terminated pursuant to the law and regulations in force.

To validate the accuracy of this license you may review the same at
https://sbs.naic.org/solar-web/pages/public/lookup/lookupLanding.jsf

Rafael Cestaro
Chief Deputy Commissioner